UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

ANTHONY D. THOMAS,

        Petitioner,                      Case No. 1:21-cv-422

v.                                           Honorable Robert J. Jonker

JODI DEANGELO,

        Respondent.
_____/

## ORDER OF TRANSFER

This is a habeas corpus action filed by a state prisoner under 28 U.S.C. § 2254. Venue in habeas corpus actions is governed by 28 U.S.C. § 2241. That statute allows a petition to be filed either in the district where the petitioner is in custody or in the district in which the petitioner was convicted. 28 U.S.C. § 2241(d). Petitioner Anthony D. Thomas is incarcerated with the Michigan Department of Corrections at the Woodland Correctional Facility (WCC) in Whitmore Lake, Livingston County, Michigan.

Petitioner is serving sentences imposed by three different state circuit courts: a sentence of 13 years, 6 months to 23 years imposed by the Ingham County Circuit Court on April 13, 2011, following Petitioner's guilty plea to second-degree murder; a sentence of 1 year, 5 months to 2 years, 6 months imposed by the Lenawee County Circuit Court following Petitioner's guilty plea to attempted assault of a prison employee; and a sentence of 3 years, 4 months to 15 years imposed by the Ionia County Circuit Court following Petitioner's guilty plea to third-degree arson. *See* https://mdocweb.state.mi.us/otis2/otis2profile.aspx?mdocNumber= 798792 (visited May 21, 2021). The sentences are consecutive. The conviction Petitioner is challenging by way

of this petition is his conviction for attempted assault of a prison employee in Lenawee County Circuit Court. (Pet., ECF No. 1, PageID.2.)

Both Livingston and Lenawee counties are located in the Eastern District of Michigan. 28 U.S.C. § 102(a). Venue, therefore, lies in that district, not in the Western District of Michigan. Accordingly,

**IT IS ORDERED** that this case is hereby transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).

Dated: May 25, 2021 /s/ Ray Kent
                                                               Ray Kent
                                                                United States Magistrate Judge